| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
|   | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
|   | Senior Trial Attorney, Civil Division |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
|   |    Office of the General Counsel |
| 8 |    Office of Program Litigation |
| 9 |    Social Security Administration |
| 10 |   6401 Security Boulevard |
|    |   Baltimore, MD 21235 |
| 11 |   Telephone: (510) 970-4861 |
| 12 |   Facsimile: (415) 744-0134 |
|    |   Email: Jennifer.Tarn@ssa.gov |
| 13 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| KEIRON HELMS, | ) | |
|     Plaintiff, | ) | Case No.: 5:23-cv-00214-PD |
|  | ) | |
|     vs. | ) | **JUDGMENT** |
|  | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
|  | ) | |
|     Defendant. | ) | |

1    The Court having approved the parties' stipulation to remand this case
2 pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 entered for Plaintiff.

6  DATED: April 11, 2023                  *Patricia Donahue*
7                                          ─────────────────────────
                                           PATRICIA DONAHUE
8                                          UNITED STATES MAGISTRATE JUDGE